## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSHUA SANDOZ,

        Defendant.

Case No. 4:26CB3004

## ORDER TO APPEAR

You are ordered to appear for your next court hearing on Monday, July 13, 2026 at 9:00 a.m. in Courtroom No. 2 at the Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Failing to appear in court as directed may result in a warrant being issued for your arrest. You may be subject to an additional charge of Failure to Appear or a finding of Contempt of Court. Each of these may be punishable by a term of imprisonment, a fine or both.

Dated: June 3, 2026

BY THE COURT:

s/ Jacqueline M. DeLuca
United States Magistrate Judge